UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 20-cv-08283-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 25 |

On November 29, 2021, the court granted in part and denied in part Defendants' motion to dismiss. [Docket No. 25.] The court granted Plaintiff leave to file her Second Amended Complaint by December 29, 2021. Nothing has been filed. Accordingly, the court orders Plaintiff to respond in writing by January 19, 2022 and explain why this case should not be dismissed for failure to prosecute. She must also file her Second Amended Complaint by that date. Failure to respond by January 19, 2022 may result in dismissal of this action.

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: January 7, 2022

Donna M. Ryu
United States Magistrate Judge