UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 20-cv-08283-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On November 29, 2021, the court issued an order on Defendants' Motion to Dismiss and Motion for More Definite Statement and instructed Plaintiff to file a Second Amended Complaint ("SAC") by December 29, 2021. [Docket No. 25.] Nothing was filed. Consequently, on January 7, 2022, the court issued an Order to Show Cause requiring Plaintiff to submit a written statement by no later than January 19, 2022, explaining her failure to file her SAC as well as her SAC. [Docket No. 26.] Plaintiff moved for a three-week extension, which the court granted the same day in an order dated January 20, 2022. [Docket No. 29.] That order required Plaintiff to file her written response to the court's January 7, 2022 cause order and her SAC by February 10, 2022. It also stated that Plaintiff's failure to respond by that date may result in dismissal of this action. Plaintiff has not filed a response to that order (Docket No. 29) or the court's previous cause order (Docket No. 26), nor has she filed her SAC.

Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 17, 2022



_____
Donna M. Ryu
United States Magistrate Judge