UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA JOHNSON,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT ARRESTING DEPUTY #1, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-08283-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendants filed a Motion for Partial Summary Judgment on October 5, 2023. [Docket No. 75.] Currently, the motion is set for a court hearing on November 9, 2023. Plaintiff Etta Johnson is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by October 19, 2023. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

<u>The court ORDERS Plaintiff to respond by November 17, 2023 and explain her failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit her opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by November 17, 2023, Defendants' motion may be granted or the case may be dismissed for failure to prosecute. The court further ORDERS that Defendants shall file a reply, if any, to Plaintiff's opposition no later than November 28, 2023.

//

//

//

//

1  //

2  The November 9, 2023 hearing on Defendants' Motion for Summary Judgment and the
3  Further Case Management Conference scheduled for the same date are VACATED and will be
4  reset by the court at a later date if appropriate.

5  **IT IS SO ORDERED.**

6  Dated: October 27, 2023

7  _____
   DONNA M. RYU
8  Chief Magistrate Judge